# United States Bankruptcy Court
## Southern District of Georgia

In the Matter of: )
)
Lourdes De Armas ) Chapter 13 Case No.
) 12-20637
Debtor )
)
)

## NOTICE OF MODIFICATION OF PLAN AFTER CONFIRMATION

The debtor(s) has filed a modification of the plan in this case, as shown on the copy attached hereto.

This modification may result in a reduction of the dividend to unsecured creditors. Secured and priority creditors may also be affected as shown in the modified plan.

Any holder of a secured claim that has accepted or rejected the plan is deemed to have accepted or rejected, as the case may be, the plan as modified, unless the modification provided for a change in the rights of such holder from what such rights were under the plan before modification, and such holder changes such holder's previous acceptance or rejection.

If you have legal grounds to object to the modified plan, or if you wish the Court to consider your views on the plan, you must file written objection to the modified plan with the Clerk of the Bankruptcy Court before the expiration of twenty one (21) days from the date stated in the certificate of service.

If you mail your objection to the court, you must mail it early enough so that it will be received within the time referenced above.

Any request for a hearing must also be mailed to the moving party.

If a timely request is filed, you will receive notice of the date, time and place of hearing.

If you or your attorney do not take these steps, the Court will decide that you do not oppose the modified plan and will enter an order confirming the plan as modified.

This day November 27, 2012.

/s/ William B. Johnson
William B. Johnson, Attorney for Debtor
Lucinda Rauback, Acting Clerk
United States Bankruptcy Court
Southern District of Georgia
(REV.05/2012)

## IN THE UNITED STATES BANKURPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA

In the matter of:  Chapter 13 Case No.
 12-20637

Lourdes De Armas,

### MODIFICATION TO CHAPTER 13 PLAN AFTER CONFIRMATION

1. The debtor(s) hereby modify the plan confirmed previously in this case in the following respects:

   a) Increase payments as follows:

   b) Reduce payments as follows:

   c) Surrender the following property:

   d) Other provisions: As agreed by the Chapter 13 Trustee, and creditor Bank of the Ozarks having been granted stay relief with regard to 1606 Norwich Street, Brunswick, Georgia ("the Property'), Debtor will refinance the existing loan on the Property with Bank of the Ozarks for a reduced principal amount of $89,000.00 under an eighty-four (84) month amortization schedule at the interest rate of 5.75% per annum, with a balloon payment due in three (3) years, whereupon Debtor will seek permission for further refinancing from the Chapter 13 Trustee. The payment to Bank of the Ozarks will be $1,289.52, which shall be paid directly to the creditor.

   Bank of the Ozarks will thereupon file an amended unsecured general claim in the amount of $59,256.52 representing the unsecured deficiency once the refinancing of the new loan is closed.

2. Debtor(s) asserts as the basis for the modification on the following facts: The Property is the location of the offices of Debtor's private medical practice, and the refinancing will save Debtor moving and rental expenses, and is thus necessary to her reorganization.

3. Except as provided herein, all terms of the plan as previously confirmed remain in full force and effect.

Date: This day November 27, 2012.

/s/ Lourdes De Armas
Debtor


_____  _____
Joint Debtor

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 13 |
| ) | |
| Lourdes De Armas ) | Case No. 12-20637 |
| ) | |
| Debtors. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I mailed a true and correct copy of the foregoing Notice of Modification of Plan After Confirmation and Modification To Chapter 13 Plan After Confirmation by U.S. Mail to:

All parties listed on the attached mailing matrix

This day November 27, 2012.

/s/ William B Johnson
William B. Johnson

P.O. Box 316
Jesup, GA 31598
912-588-9399

Label Matrix for local noticing
113J-2
Case 12-20637-JSD
Southern District of Georgia
Brunswick
Tue Nov 27 16:02:28 EST 2012

American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Bank of the Ozarks
c/o The Schofield Law Firm, P.C.
P O Box 389
Brunswick, GA 31521-0389

Certusbank, NA
2100 Rexford Road, Ste. 100
Charlotte NC 28211-3484

Credit Collection Services
Two Wells Avenue
Newton MA 02459-3246

Daimler Trust successor in interest to DCFS
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

Edwin W. King, Jr., P.C.
P.O. Box 9873
Savannah GA 31412-0073

JPMorgan Chase Bank, N.A.
Attn: Correspondence Mail
Mail Code LA4-5555
700 Kansas Lane
Monroe, LA 71203-4774

M. Elaina Massey
Post Office Box 1717
Brunswick, GA 31521-1717

Paul A. Schofield
The Schofield Law Firm, P.C.
P.O. Box 389
Brunswick, GA 31521-0389

ABC Ventures of the Golden Isles, LLC
103 Demere Retreat Lane
Saint Simons Island GA 31522-2901

American Express Centurion Bank
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Blue Cross Blue Shield of Georgia
Attn: Sharon Mos,GAG301-0004
P O Box 7368
Columbus, GA 31908-7368

City of Brunswick
601 Gloucester Street
Brunswick, GA 31520-7003

Credit Management
4200 International Pkwy.
Carrollton TX 75007-1912

John S. Dalis
Augusta, GA 30901

Sidney Gelernter
McCurdy & Candler, L.L.C.
3525 Piedmont Road, NE
Building 6, Suite 700
Atlanta, GA 30305-1608

William B. Johnson
Law Offices of William B Johnson, LLC
P.O. Box 316
Jesup, GA 31598-0316

Mercedes-Benz Financial Services
P.O. Box 685
Roanoke TX 76262-0685

R. Michael Souther
P. O. Box 978
Brunswick, GA 31521-0978

American Express
P.O. Box 981537
El Paso TX 79998-1537

Bank of the Ozarks
17901 Chenal Parkway
Little Rock AR 72223-5831

Certus Bank, N.A.
Edwin W. King, Jr., P.C.
Post Office Box 9873
Savannah, GA 31412-0073

Lisa Ritchey Craig
McCullough Payne & Haan, LLC
271 17th Street, NW, Ste 2200
Atlanta, GA 30363-6213

Daimler Trust
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

EMC Mortgage/JPMorgan Chase
P.O. Box 15298
Wilmington DE 19850-5298

Glynn County Tax Commissioner
P O Box 1259
Brunswick GA 31521-1259

Thomas Ambrose Lee III
Becket & Lee LLP
P O Box 3001
Malvern, PA 19355-0701

Peds 'R Us, PC
103 Demere Retreat Lane
Saint Simons Island GA 31522-2901

Time Payment Corp.
16 NE Executive Office Park
Suite 200
Burlington MA 01803-5222

| | | |
|---|---|---|
| USAA FEDERAL SAVINGS BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | USAA Savings Bank<br>P.O. Box 33009<br>San Antonio TX 78265-3009 | Robert Jayson Wilkinson<br>McCurdy & Candler LLC<br>3525 Piedmont Rd, NE<br>Bldg 6, Ste 700<br>Atlanta, GA 30305-1608 |
| William B. Johnson<br>Edwin W. King, Jr., P.C.<br>Post Office Box 9873<br>Savannah, GA 31412-0073 | Williams, Rentz, Moulton & Assoc.<br>286 Redfern Village<br>Saint Simons Island GA 31522-2536 | Lourdes de Armas<br>103 Demere Retreat Lane<br>Saint Simons Island, GA 31522-2901 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)American Express Bank FSB | (u)Bank of the Ozarks | (d)Daimler Trust<br>c/o BK Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 |
| (u)Daimler Trust successor in interest to DCF | (d)JPMorgan Chase Bank, N.A.<br>Attn: Correspondence Mail<br>Mail Code LA4-5555<br>700 Kansas Lane<br>Monroe, LA 71203-4774 | (u)JPMorgan Chase Bank, NA |

End of Label Matrix
Mailable recipients    35
Bypassed recipients     6
Total                  41