FILED
Lucinda B. Rauback, Clerk
United States Bankruptcy Court
Savannah, Georgia
By nventura at 3:53 pm, Jan 22, 2013

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

IN RE:

Lourdes De Armas                Chapter 13

    DEBTOR(S)            Case No. 12-20637

### ORDER ON MOTION TO ALLOW LATE CLAIM

It having been shown to the Court that debtor requests this claim to be allowed;

IT IS ORDERED that Claim 14 of Certus Bank, NA in the amount of $119,383.32 is allowed as an unsecured claim.

SO ORDERED this __17th__ day of __January, 2013.__

_John S. Dalis_
JOHN S. DALIS
United States Bankruptcy Judge

Order prepared by: William B. Johnson, Attorney for Debtor, P.O. Box 316, Jesup, GA 31598
Copies furnished to: M. Elaina Massey, Chapter 13 Trustee, P.O. Box 1717, Brunswick, GA 31521 / Certus Bank, NA C/O Edwin W King, Jr., PC, Post Office Box 9873, Savannah, GA 31412

_Kathryn S. Kasper_
Office of the Chapter 13 Trustee
P.O. Box 1717
Brunswick, GA 31521
GA Bar # 025205