# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA

In the matter of:

Lourdes De Armas
103 Demere Retreat Lane
Saint Simons Island, GA  31522

Debtor(s)

Chapter 13
Case No. 12-20637-JSD

Deb1Exists: True Deb2Exists: False SameAddress: False

## TRUSTEE'S REPORT OF MODIFIED CONFIRMATION

On Wednesday, December 19, 2012 the Bankruptcy Court confirmed the above debtor(s)' modified plan with payments of $1,068.00 MONTHLY for a period of 60 months. The dividend to unsecured creditors will not be less than 10%. Disbursements shall be made by M. Elaina Massey, Trustee, to the following creditors:

| Claim # | Creditor Name | Claim Status | Claim Amount |
| --- | --- | --- | --- |
| ADMIN FEE | CLERK OF U S BANKRUPTCY COURT | PRIORITY | $46.00 |
| FILING FEE | CLERK OF U S BANKRUPTCY COURT | PRIORITY | $235.00 |
| ATTY FEE | WILLIAM B. JOHNSON | PRIORITY | $3,000.00 |
| 0002 | TIME PAYMENT CORP | UNSECURED | $3,415.65 |
| 0003 | USAA FEDERAL SAVINGS BANK | UNSECURED | $13,725.10 |
| 0004 | DAIMLER TRUST | UNSECURED | $1,667.39 |
| 0005 | AMERICAN EXPRESS | UNSECURED | $1,480.55 |
| 0006 | AMERICAN EXPRESS | UNSECURED | $240.90 |
| 0007 | GLYNN COUNTY TAX COMMISSIONER | PRIORITY | $8,971.78 |
| 0010 | BANK OF THE OZARKS | UNSECURED | $87,369.43 |
| 0012 | BANK OF THE OZARKS | UNSECURED | $24,388.92 |
| 0013 | BLUE CROSS BLUE SHIELD | UNSECURED | $57,471.03 |
| 0014 | CERTUS BANK, N.A. | UNSECURED | $119,383.32 |
| 10008 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | MTG ARREARS | $5,600.40 |

Page 1 of 1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of this Report of Confirmation have been forwarded by first class mail, postage prepaid, to the debtor(s), debtor(s)' attorney In this case and all parties listed above.

Dated this Friday, June 7, 2013

/s / Kimberly Knight
for the Office of M. Elaina Massey, Chapter 13 Trustee
Post Office Box 1717
Brunswick, Georgia 31521
(912) 466-9787

KCK