B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re <u>Lourdes de Armas</u>　　　　　　　　Case No. 12-20637

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| RREF II CER CO ACQUISITIONS, LLC | CertusBank, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Quantum Servicing Corp.
Attn: Terri Hall
6302 E. Martin Luther King Jr. Blvd, Suite 310
Tampa, FL 33619

Phone: <u>813-333-7629</u>
Last Four Digits of Acct#: <u>2888</u>

Name and Address transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct#: _____

Name and Address where notices to transferee should be sent:

Court Claim # (if known) <u>14</u>
Amount of Claim <u>$119,383.32</u>
Date Claim Filed <u>11/12/2012</u>

Phone: <u>6788394503</u>
Last Four Digits of Acct# <u>4100</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ Lawrence E. Pecan</u>　　　　　　　　Date: <u>January 12, 2016</u>
　　　Lawrence E. Pecan
　　　Transferee's Agent